

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00449-CR

Edwing Ahmed **ALVAREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2016CRJ001220D2
Honorable Monica Z. Notzon, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 4, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:  Nicholas LaHood                      J. Eduardo Pena
     Bexar County District Attorney's Office   1102 Scott St.
     101 W. Nueva St.                      Laredo, TX 78040
     San Antonio, TX 78205